IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **JEANNE E. MANCUSO,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **LONG BEACH ACCEPTANCE CORP.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 05-0136-CV-W-GAF |

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), plaintiff Jeanne Mancuso, on her own behalf and on behalf of all others similarly situated, moves this Court for its Order remanding this case back to the Circuit Court of Jackson County, Missouri, because this Court lacks subject matter jurisdiction under 28 U.S.C. § 1332, in that the amount in controversy does not exceed $75,000. In support of this motion, plaintiff refers the Court to her concurrently filed Suggestions, which she incorporates herein.

Dated: February 18, 2005              Respectfully submitted,

**SLOUGH, CONNEALY, IRWIN
& MADDEN, LLC**

By: /s/ Dale K. Irwin
Dale K. Irwin            #24928
1627 Main Street, Suite 900
Kansas City, Missouri 64108
(816) 531-2224
(816) 531-2147 (fax)
dirwin@scimlaw.com

1

and

   /s/ Paule Matthew Tancredi
Paul Matthew Tancredi   #54105
5309 Woodland
Kansas City, MO 64110
816-444-5400
816-444-5462 (fax)
pmt-lawyer@sbcglobal.net

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed with the United States District Court and a copy of the Notice of Electronic Filing of the above document was transmitted via e-mail this 18th day of February, 2004, to:

Jeffrey J. Simon
Leonard L. Wagner
George E. Kapke, Jr.
Husch & Eppenberger, LLC
1200 Main Street, Suite 1700
Kansas City, Missouri 64105
jeff.simon@husch.com
ted.kapke@husch.com
Attorneys for Defendant

   /s/ Dale K. Irwin

2

Case 4:05-cv-00136-GAF   Document 9   Filed 02/18/05   Page 2 of 2